## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   EDCV 07-01025-CJC(MLGx)                    Date   September 16, 2008

Title   Philip Neuman, et al v. B2 Brands, et al

Present: The
Honorable          CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

None Present                                         None Present

**Proceedings:**          (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR
                          LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiffs counsel, to show cause in writing no later than
September 26, 2008 why this action should not be dismissed for lack of prosecution.  As an alternative
to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an
appropriate response to this OSC, on or before the above date:

XX      Joint Rule 26(f) Report (FRCivP 26)
XX      Stipulation and Order to Dismiss

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand
submitted upon the filing of a responsive pleading or motion on or before the date upon which a
response is due.

The clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                                    :      0

                                        Initials of Preparer   MU