1  BINGHAM MCCUTCHEN LLP
   Peter Obstler (SBN 171623)
2  peter.obstler@bingham.com
   Jee Young You (SBN 241658)
3  jeeyoung.you@bingham.com
   Three Embarcadero Center
4  San Francisco, CA  94111-4067, U.S.A.
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286
   Email:  peter.obstler@bingham.com
6
   Attorneys for Defendants
7  B2 Brands, Inc., JP Beverages, LLC, Jaime
   Banfield, Richard Munkvold, Christina Previti,
8  James Previti, Frontier Homes, LLC

9
                    UNITED STATES DISTRICT COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11
                         SOUTHERN DIVISION
12

13
   | | |
   |---|---|
   | Philip Neuman, Mesa Top, LLC, PT National Enterprises, LLC, Hilo At Campbell Hall Associates, LLC, <br><br>            Plaintiff, <br><br>        v. <br><br> B2 Brands, Inc., JP Beverages, LLC, Jaime Banfield, Richard Munkvold, Christina Previti, James Previti, Frontier Homes, LLC, Steven Troy Valdez, <br><br>            Defendant. | No. SDCV07-01025 CJC (MLGx) <br><br> **DEFENDANTS B2 BRANDS, INC., JP BEVERAGES, LLC, JAIME BANFIELD, RICHARD MUNKVOLD, CHRISTINA PREVITI, JAMES PREVITI, AND FRONTIER HOMES, LLC's CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

1    CONSENT TO PROCEED BEFORE A UNITED STATES

2    MAGISTRATE JUDGE

3    In accordance with the provisions of Title 28, U.S.C. Section 636(c), and

4    pursuant to the meet and confer between the parties on September 21, 2009, the

5    undersigned party hereby voluntarily consents to have United States Magistrate

6    Judge Marc L. Goldman conduct any and all further proceedings in the case,

7    including trial, and order the entry of a final judgment.  Appeal from the judgment

8    shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

9

10    DATED:  September 21, 2009          Respectfully submitted,

11                                       BINGHAM McCUTCHEN LLP

12

13

14                                       By:_____/s/ Peter Obstler_____
                                            Peter Obstler
15                                          Attorneys for Defendants
                                            B2 Brands, Inc., JP Beverages, LLC,
16                                          Jaime Banfield, Richard Munkvold,
                                            Christina Previti, James Previti, Frontier
17                                          Homes, LLC

18

19

20

21

22

23

24

25

26

27

28

2

A/73149802.1/3391929-0000341486