## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV07-01025-MLG | Date | January 21, 2010 |
| Title | Philip Neuman, et al. v. B2 Brands, Inc., et al. | | |

Present: The Honorable     Marc L. Goldman, Magistrate Judge

| T. Steele | n/a |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order re Hearing Date and Reply Due Date

The Court orders the hearing on Defendants' motions continued from February 2, 2010, to February 5, 2010, at 10:00 a.m. based on Mr. Crosby's unavailability on February 2, 2010. The Defendants' reply due date of January 29, 2010, is ordered moved to February 1, 2010.

       : 

Initials of Clerk     ts